FEDERAL DEPOSIT INSURANCE CORP., Respondent, v, THOMPSON, et al, Appellants

(15 N. W.2d, 752.)

(File No. 8690. Opinion filed September 12, 1944.)

**Dan McCutchen,** of Belle Fourche, **W. M. Bennett,** of Buffalo, and **Byron S. Payne,** of Pierre, for Appellants.

**Chas. L. Brady,** of Buffalo, **Mark H. Amundson,** of Bowman, N. D., **Francis C. Brown,** of Washington, D. C., and **James M. Kane,** of Chicago, Ill. (John H. Russell, of Chicago, Ill, of Counsel), for Respondent.

PER CURIAM. By stipulation of the parties the result in this case is to be governed by the opinion of this Court in the case of Federal Deposit Insurance Corporation v. Stensland et al., 70 S. D. 103, 15 N. W.2d 8. The facts in this case and the holding of the trial court are in all respects similar to the prior case, and it follows that the judgment appealed from must be and is reversed.

All the Judges concur.